16451.   GEORGIA RAILWAY & POWER CO. *v.* JOHNSON.

PER CURIAM. The facts in this case are the same as those in the case of *Ga. Ry. & Power Co.* v. *Johnson,* ante, 458. The two cases were tried together, and the ruling in that case is controlling in this.

*Judgment reversed. Broyles, C. J., and Luke, J., concur. Bloodworth, J., concurs specially.*